LILLIAN E. FIILLE *v.* WILLIAM GANNON

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Dennis N. Garvey,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued November 6—decided November 6, 1973

CHARLES W. RANDOLPH, JR. *v.* SAMUEL POORVU ET AL.

The defendants' "Motion to Dismiss" is dismissed, there being before this court no appeal pending from the Superior Court in New Haven County.

*Gerald P. Dwyer,* for the appellees (defendants).

No appearance for the appellant (plaintiff).

Argued November 6—decided November 6, 1973

TELACTION PHONE CORPORATION *v.* TWIN CITY DISCOUNT CENTER, INC.

It appearing that the parties in the above-entitled case have failed to prosecute the appeal from the Superior Court in Fairfield County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

No appearance for either party.

Decided November 6, 1973